IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE CO. OF WAUSAU, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. G-08-0069 |
| § | |
| PENN-AMERICA INSURANCE CO. and PRESTIGE OYSTERS INC., § § § | |
| Defendants. § | |

## ORDER

The parties have filed a joint motion for a protective order. Paragraph k of the order must be revised to make it clear that a higher good-cause showing is required to file documents under seal with the court than to designate them as confidential when they are exchanged in discovery. The paragraph must be revised to state that when documents designated as confidential are filed with the court, they may initially be filed under seal but will not be maintained under seal unless the party designating them as confidential files a motion to do so. Such a motion must be filed 7 days after the filing, must show good cause for sealing the documents, and must state whether the opposing party contests filing the documents under seal.

A revised proposed order must be filed no later than **May 17, 2010**.

SIGNED on May 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge